7jgmthhd (5/19)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Jean Marie Scott  
*Debtor*

*Bankruptcy Case No.*  
16–41545–can7

**United States Trustee**  
 Plaintiff(s)

*Adversary Case No.*  
17–04048–can

v.

**Deighan Law LLC**  
**David L. Cooper**  
 Defendant(s)

## CLERK'S JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: Judgment is entered in favor of Defendant Deighan Law LLC on Count I; Judgment is entered against Defendant Deighan Law LLC on Count II and the Defendant Deighan Law LLC is ordered to disgorge $1,585 to the Debtor, Jean Marie Scott within 14 days of the date hereof, and to file a certificate with the Court showing compliance with the Courts Order within 7 days thereafter;  
Judgment is entered in favor of Defendants Deighan Law LLC and David Cooper on Count III;  
Judgment is entered in favor of Defendants Deighan Law LLC and David Cooper on Count IV;  
Judgment is entered in favor of Defendant Deighan Law LLC on Counts V and VI, without prejudice to other parties making a referral to disciplinary or other appropriate body to the extent they have knowledge of who committed any alleged ethics violation.  
All other requests for relief are denied; each party to bear its own costs.



Paige Wymore−Wynn  
Court Executive

By: /s/ Beth Graham  
 Deputy Clerk

Date of issuance: 8/5/20

Court to serve